IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: )
)
) CASE NO. 14-04880-TBB-13
JOSEPH A. SANFORD, )
)
Debtor. )
)

## OBJECTION TO CLAIM NO. 008

Comes now the Debtor, Joseph Sanford, in the above-styled matter by and through his attorney of record, Daisy M. Holder, and objects to the following claim:

| Claim No. | Claimant | Amount | Specific Basis for Objection |
|---|---|---|---|
| 008 | United Consumer Financial Services | $2,318.86 | This debt is barred by the Statute of Limitations, Alabama Code of 1975 § 6-2-34(5) and (9). Debt was incurred for a Kirby Vacuum. Debtor has not made a payment on debt in more than 6 years. Debtor no longer has the Kirby Vacuum. |

PREMISES CONSIDERED, Joseph Sanford, prays that this Court will disallow Claim 008.

Respectfully submitted,

_____
Daisy M. Holder
Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of January, 2015, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

D. Sims Crawford, Trustee
Chapter 13 Bankruptcy Cases
Northern District of Alabama
P.O. Box 10848
Birmingham, AL 35202

and I hereby certify that on the 21st day of January, 2015, I served a copy of the foregoing pleading upon the person (s) listed below, by depositing a copy of the same in the United States mail, properly addressed and postage prepaid.

Bass & Associates, P.C.
3936 E. Ft. Lowell Suite 200
Tucson, AZ 85712

Joseph Sanford
2735 6th Street NE
Birmingham, AL 35215

/s/ Daisy M. Holder
Daisy M. Holder
Attorney for Debtor

Daisy M. Holder
Attorney at Law
1625 Financial Center
505 20th Street North
Birmingham, Alabama 35203-2605
TELEPHONE: (205) 251-2334
FACSIMILE: (205) 328-8060
E-MAIL: holderesq@aol.com